*Exhibit A*

GRAHAM & DUNN PC

ROBERT C. CUMBOW
(206) 340-9619
rcumbow@grahamdunn.com

May 15, 2012

**ORIGINAL BY U.S CERTIFIED MAIL**

Mr. Wint Winter Jr., CEO
Peoples Bank
4831 West 6th Street
Lawrence, Kansas 66049

Re:   **PEOPLES BANK TRADEMARK**

Dear Mr. Winter:

This law firm is counsel to Peoples Bancorp and its wholly owned subsidiary Peoples Bank, headquartered in Bellingham, Washington. Peoples Bank is a Washington chartered banking corporation that was incorporated in Washington as Peoples State Bank on December 20, 1920. Our client has done business continuously in Washington state since its formation, and owns a Washington state trademark registration for the name "Peoples Bank" issued in 1994.

Our client has advised me of recent instances in which its local customers have received advertisements and solicitations from your organization, causing them to be confused and believe that your bank's solicitations came from our client.

As you may know, absent a federal trademark registration, your company has no nationwide rights in the mark PEOPLES BANK, but may use and enforce that mark only in regions where your company is the established first-user of that mark. We are aware of your company's rights in the PEOPLES BANK trademark dating back to 1934; but we are also aware that those historical rights are limited to a small number of Midwestern states. In Washington state, where your bank has no offices and has never done business, our client has the prior right to the mark PEOPLES BANK.

My client asks that you respect its rights in the PEOPLES BANK trademark in Washington state by not using the trade name "Peoples Bank" when mailing, emailing, telephoning, or otherwise contacting and soliciting residents of Washington state.

To be clear, we are not suggesting that you may not compete for the business of Washington state banking customers, only that you may not do so unfairly by using the PEOPLES BANK trademark, infringing the rights of our client and confusing and deceiving our client's customers.

Pier 70
2801 Alaskan Way ~ Suite 300
Seattle WA 98121-1128
Tel 206.624.8300
Fax 206.340.9599
www.grahamdunn.com

GRAHAM & DUNN PC

Mr. Wint Winter Jr.,
May 15, 2012
Page 2

Please respond to us in writing no later than May 28, 2012, assuring us that you will respect our client's rights and will cease and desist from all use of the term PEOPLES BANK, or any confusingly similar word or phrase, in Washington state.

Sincerely,

GRAHAM & DUNN PC

Robert C. Cumbow

RCC/rcc
cc:   T. Repanich, Peoples Bank
      G. Jones, Peoples Bank
      D. Smart, Esq.
      D. Oates, Esq.
m15161-1753582.doc

*Exhibit B*

RECEIVED
JUL 2 2012
GRAHAM & DUNN

# STEVENS & BRAND L.L.P.

WEBSTER L. GOLDEN
PETER K. CURRAN
WINTON A. WINTER, JR.
EVAN H. ICE
SHERRI E. LOVELAND
MOLLY M. WOOD
CHRISTOPHER F. BURGER*
WESLEY F. SMITH
BRADLEY R. FINKELDEI
MATTHEW H. HOY*

ATTORNEYS AT LAW
US BANK TOWER
900 MASSACHUSETTS, SUITE 500
POST OFFICE BOX 189
LAWRENCE, KANSAS 66044-0189
TELEPHONE: (785) 843-0811
FAX: (785) 843-0341

LESLIE M. MILLER
EMILY A. DONALDSON
REBECCA J. WEMPE
PATRICIA E. HAMILTON*
JOHN T. BULLOCK□
BENJAMIN M. WELLS*
KRISTIN L. BALLOBIN
HOLLY M. PERKINS*
JEFFREY L. HEIMAN

*ADMITTED IN KANSAS AND MISSOURI
□ADMITTED IN KANSAS, MISSOURI AND CALIFORNIA

June 28, 2012

RICHARD B. STEVENS
1899-1991
JOHN W. BRAND
1907-1971
JOHN W. BRAND, JR.
RETIRED

Robert Cumbow
2801 Alaskan Way ~ Ste 300
Seattle, WA 98121

Re: **PEOPLES BANK Trademark**

Dear Mr. Cumbow:

Peoples, Inc. ("Peoples") has obtained a reservation to register PEOPLES BANK OF KANSAS in the State of Washington pursuant to RCW 19.77.015. Peoples intends to register the mark PEOPLES BANK OF KANSAS and use the mark in any future mailings to Washington. Peoples agrees to refrain from using PEOPLES alone or PEOPLES BANK alone in mailings to Washington. We trust that this arrangement will be satisfactory to your client.

Sincerely,
STEVENS & BRAND, L.L.P.

Bradley R. Finkeldei
*bradfink@stevensbrand.com*

LAWRENCE
900 MASSACHUSETTS, STE 500

WWW.STEVENSBRAND.COM

TOPEKA
515 SOUTH KANSAS AVENUE, STE 200

Page 1 of 2


STATE OF WASHINGTON
SECRETARY OF STATE

## Washington Trademark Reservation
*See attached detailed instructions*

☑ **Trademark Reservation $30 per classification**

☑ **Add $50 to your fee for Expedited Service**

This Box For Office Use Only

06/21/12 2208116-001
$80.00 K
tid: 2340950

FILED
SECRETARY OF STATE
SAM REED
JUNE 21, 2012
STATE OF WASHINGTON

Expiration Date: 12/18/2012
File Number: 55393

# TRADEMARK RESERVATION
Chapter 19.77 RCW

### SECTION 1
**NAME AND ADDRESS OF APPLICANT**
Name: Rebecca Wempe c/o Stevens & Brand, LLP
Address: 900 Massachusetts Ste 500
City: Lawrence    State: KS    Zip Code: 66044

**NAME AND ADDRESS OF CLIENT** *(if different from the applicant)*
Name: Peoples, Inc.
Address: PO Box 1795
City: Lawrence    State: KS.    Zip Code: 66044

### SECTION 2
**TRADEMARK SPECIFIC INFORMATION:**

* If art or graphics are part of the trademark include one original sample with this form *(see instructions page)*

Describe the trademark as it is to be registered: PEOPLES BANK OF KANSAS

Goods or Services <u>Classification Number(s)</u>: *(see list on page 2)*: 36

Trademark is used for: ☐ Goods  ☑ Services of the following description: FINANCIAL SERVICES CONNECTED WITH A BANKING INSTITUTION, NAMELY, BANKING SERVICES, COMMERCIAL & CONSUMER LENDING, HOME MORTGAGE LENDING, CHECKING & SAVINGS ACCOUNTS, CERTIFICATES OF DEPOSIT ACCOUNTS, MONEY MARKET ACCOUNTS, INVESTMENTS BROKERAGE FOR LIFE, HEALTH, ACCIDENT, CASUALTY AND OTHER TYPICAL INSURANCE PRODUCTS.

**Trademark Reservations are good for 180 days. Reservations are not renewable.**
Continued on page 2

Trademark – Reservation        Washington Secretary of State        Revised 07/10

| SECTION 3 |
|---|
| **SIGNATURE OF APPLICANT** |
| *This document is hereby executed under penalties of perjury, and is, to the best of my knowledge, true and correct.* |
| X *Rebecca Wempe*  Rebecca Wempe/Attorney  6/20/12  785 843 0811 |
| APPLICANT SIGNATURE    Printed Name/Title    Date    Phone Number |

**GOODS OR SERVICE CLASSIFICATION NUMBERS:**
(See <u>WAC 434-12-015</u> for a complete description of each classification)

**Goods**
1. Chemical
2. Paints
3. Cosmetic & Cleaning
4. Lubricants & Fuel
5. Pharmaceuticals
6. Metal Goods
7. Machinery
8. Hand tools
9. Electrical & Scientific
10. Medical Apparatus
11. Environmental Control Apparatus
12. Vehicles
13. Firearms
14. Jewelry
15. Musical Instruments
16. Paper Goods & Printed Matter
17. Rubber Goods

**Goods**
18. Leather Goods
19. Nonmetallic Building Materials
20. Furniture & Other Articles
21. House wares & Glass
22. Cordage and Fibers
23. Yarns and Threads
24. Fabrics
25. Clothing
26. Fancy Goods
27. Floor Coverings
28. Toys & Sporting Goods
29. Meats & Processed Foods
30. Staple Foods
31. Natural Agricultural Products
32. Light Beverages
33. Wines and Spirits
34. Smoker's Articles

**Services**
35. Advertising & Business
36. Insurance & Financial
37. Construction & Repair
38. Telecommunications
39. Transportation & Storage
40. Treatment of Materials
41. Education & Training
42. Scientific & Technological
43. Food, Drink & Lodging
44. Medical, Veterinary & Hygienic
45. Personal & Social

## INSTRUCTIONS – TRADEMARK RESERVATION

Please complete all sections of the Trademark Reservation. **USE DARK INK ONLY.** For an electronic, fillable version of this form, please visit our website at http://www.sos.wa.gov/corps/

**Section 1**
Provide the name and address of the applicant, and the name and address of the client if different than the applicant.

**Section 2**
Describe the trademark as it is to be registered. Provide the classification number(s) that apply. If art or graphics are part of this trademark enclose a sample with this form.

**Section 3**
Provide the signature, title, date, and phone number of the authorized person signing.

**Additional Information:**

**FEES:** The filing fee for a trademark reservation is $30.00 <u>per classification</u>. If expedited service is requested then add $50 to your total. **(ALL fees are non refundable)**

**Mail completed forms and payment to:**
Secretary of State, Corporation Division, 801 Capitol Way S, PO Box 40234, Olympia WA 98504-0234

If you have questions, need assistance or would like to provide feedback please visit the Corporations Division website at www.sos.wa.gov/corps or call 360-725-0377.



*Exhibit C*

## HARP 2.0 IS HERE!!!

One of the benefits of having a Freddie Mac loan is that you can quickly and easily refinance into a new LOW FIXED RATE.
Call today 888-730-3247

- **No Fee Loan Option**
- **No Appraisal Required**
- **Reduced qualification requirements**

Under specifications of this program, your home loan could be refinanced with a new low monthly payment. HARP 2.0 evaluation is free.
**CALL TODAY 888-730-3247**



Banking Unusual®



EQUAL HOUSING LENDER

*Disclaimer: APR = Annual Percentage Rate. This is an invitation to apply with Peoples Bank Member FDIC. Interest rates, programs, terms and conditions are subject to change without notice. Rate is based on a 90% loan-to-value mortgage.

---

**Notice Date: June 7th, 2013**
You Must Contact Our Office and Reference ID Code: WA2309328

First Class PRST
U S Postage
PAID
AMI
92799

Enrique,
Your Freddie Mac loan has been reviewed and as long as the information we have on file is accurate you may be able to refinance, regardless of your equity or reserves. The HARP Loan is a Federal Program designed to help you save money. Prior attempts to reach you have been unsuccessful. For immediate review of this program you must contact our office.

**Interest Rate: 2.5%(3.354%APR)**
**Loan Amount: $395,556**
**Eligible Property Address: 3836 E Smith Rd**

**Call Us Now**
**(888) 730-3247**
Representatives are standing by:
Monday - Friday 6am - 9pm
Saturday 6am - 3pm PST

***********AUTO**3-DIGIT 982
Enrique Barrau
3836 E Smith Rd
Bellingham, WA 98226-9568