# United States District Court
for the
Western District of Washington

| | |
|---|---|
| PEOPLES BANK, a Washington chartered bank, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. C13-1273 RSL |
| PEOPLES BANK, a Kansas corporation | ) |
| *Defendant* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

PEOPLES BANK
c/o Winton A. Winter, Registered Agent
4831 W. 6th Street
Lawrence, KS 66049

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) - or ___ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

Douglas J. Smart and Diane M. Meyers
Graham & Dunn PC
2801 Alaskan Way, Suite 300
Seattle, WA 98121

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ Melody Byrd

*Signature of Clerk or Deputy Clerk*

Date: Jul 22, 2013

PROOF OF SERVICE
*This section should not be filed with the court unless required by* Fed.. **R. Civ. P. 4(1)**

This summons for (*name of individual and title, if any*) _____

was received by me on *(date)* _____ .

☐ I personally served the summons and complaint on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on *(name of individual)* _____

who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*




My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                           *Server's signature*

                                        _____
                                                           *Printed name and title*

                                        _____
                                                              *Server's address*

Additional information regarding attempted service, etc.