1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PEOPLES BANK, a Washington chartered bank, | No. 13-cv-01273 RSL |
| Plaintiff, | PLAINTIFF PEOPLES BANK CORPORATE DISCLOSURE STATEMENT |
| vs. | |
| PEOPLES BANK, a Kansas corporation, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 7.1(b)(2), Plaintiff Peoples Bank, a Washington chartered bank, states that its parent corporation is Peoples Bancorp, a bank holding company formed under the laws of the state of Washington.

DATED this 24th day of July, 2013.

                                                                              GRAHAM & DUNN PC

                                                                              By s/Douglas J. Smart
                                                                                 Douglas J. Smart, WSBA #8579
                                                                                 Email:  dsmart@grahamdunn.com

                                                                              By s/Diane M. Meyers
                                                                                 Diane M. Meyers, WSBA #40729
                                                                                 Email:  dmeyers@grahamdunn.com

*Attorneys for Plaintiff Peoples Bank*

PLAINTIFF PEOPLES BANK
CORPORATE DISCLOSURE
STATEMENT -- 1

No. 13-cv-01273 RSL

m44886-2010948.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2013, a true and correct copy of the foregoing Peoples Bank Corporate Disclosure Statement, filed in the above matter, was served via U.S. Mail on this date on the following:

Peoples Bank
c/o Winton A. Winter, Registered Agent
4831 W. 6th Street
Lawrence, KS 66049

DATED this 24th day of July, 2013.

                                               s/Elizabeth G. Pitman
                                               Elizabeth G. Pitman

PLAINTIFF PEOPLES BANK
CORPORATE DISCLOSURE
STATEMENT -- 2
No. 13-cv-01273 RSL
m44886-2010948.doc

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599